IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VAL JOLLEY, Personal Representative of the
estate of John Everett Stapleton, deceased,

    Plaintiff

vs.                                                      No. CIV 09-134 JP/CEG

ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES LIMITED (AEGIS), a foreign insurer,
and JOHN DOES 1 – 5,

    Defendants.

## ORDER

On February 18, 2009, Defendant Associated Electric & Gas Insurance Services Limited (AEGIS) filed a Motion for Protective Order Barring All Discovery (Doc. No. 7). In the motion, AEGIS asked that the Court bar discovery until after the Supreme Court of the United States made a decision on the Petition for Writ of Certiorari filed by Energen Resources Corporation and until after a decision was rendered on the Motion to Dismiss Pursuant to Rule 12(b)(6) F. R. Civ. P. (Doc. No. 4) filed by AEGIS on February 18, 2009. On March 23, 2009, the United States Supreme Court denied the Petition for Writ of Certiorari filed by Energen Resources Corporation.

On October 26, 2009, this Court entered an Order Certifying State Law Questions (Doc. No. 29) in which this Court ordered that "further proceedings in this action are stayed pending resolution of the certified questions."

On December 4, 2009, this Court entered an Order (Doc. No. 30) denying as premature the Motion to Dismiss Pursuant to Rule 12(b)(6) F. R. Civ. P. (Doc. No. 4).

Under these circumstances, it appears that the Motion for Protective Order Barring All Discovery (Doc. No. 7) is moot.

IT IS ORDERED THAT the Motion for Protective Order Barring All Discovery (Doc. No. 7) is denied as moot.

_____
SENIOR UNITED STATES DISTRICT JUDGE